UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARROLD WILLIAMS,

Plaintiff,

v.

PAUL WOOD,

Defendant.
______________________________________/

Case No. 2:26-cv-10119

Honorable Susan K. DeClercq
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 25), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 17), AND DISMISSING THE CASE**

On August 25, 2026, Magistrate Judge Patricia T. Morris issued a report recommending that this Court grant Defendant Paul Wood's motion for summary judgment on the basis of exhaustion, ECF No. 17, dismiss all claims against Wood, and close the case. ECF No. 25. The report explains that Plaintiff Darrold Williams did not properly exhaust his administrative remedies before filing this action because his grievance was rejected for failing to first attempt to resolve the issue with Wood. Judge Morris informed the Parties of their rights to object to the report and recommendation within 14 days. *See id.* at PageID.160–61. But the Parties did not do so. They have therefore forfeited their right to appeal Judge Morris's findings.

*See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys.*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 25, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 17, is **GRANTED**, and all claims against Defendant Wood are **DISMISSED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 8, 2026